PEOPLE, PLAINTIFF AND APPELLEE, v. PADILLA, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Arecibo in a Prosecution for Violation of the Civil Service Law.

No. 1099.—Decided July 9, 1917.

Decided on the grounds of the opinion delivered in Case No. 1084, *People* v. *Wys, ante.*

*Mr. Antonio Trujillo Güil* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

In this case there was a demurrer to the information and at the trial the appellant insisted that no public offense had been charged or proved. For the reasons assigned in the case of *People* v. *Wys,* just decided, the judgment must be reversed and the prisoner discharged.

*Reversed.*

Chief Justice Hernández and Justice Aldrey concurred.

Justices del Toro and Hutchison dissented.